No. 10–537. OSAGE NATION *v.* IRBY, SECRETARY-MEMBER, OKLAHOMA TAX COMMISSION, ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–627. CITY OF NEW YORK, NEW YORK *v.* PERMANENT MISSION OF INDIA TO THE UNITED NATIONS ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1049. LARSON ET AL. *v.* UNITED STATES; and

No. 10–1061. RUBLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.

No. 10–1147. WHITE & CASE LLP *v.* UNITED STATES; and

No. 10–1176. NOSSAMAN LLP ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE ALITO and JUSTICE KAGAN took no part in the consideration or decision of these petitions.

No. 10–1173. SERGEANTS BENEVOLENT ASSOCIATION HEALTH AND WELFARE FUND, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, ET AL. *v.* ELI LILLY & CO. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–1218. SIMMONDS *v.* CREDIT SUISSE SECURITIES (USA) LLC ET AL. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–1249. TROPP *v.* CORPORATION OF LLOYD'S. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–1302. PUIATTI *v.* BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motions of Center for Constitutional Rights et al. and Florida Capital Resource Center for leave to file briefs as *amici curiae* granted. Certiorari denied.